UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WC ARMSTRONG PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | |
| v. | ) | Removed from Associate Circuit Court |
| | ) | in the City of St. Louis |
| STATE AUTO PROPERTY AND | ) | Case Number 2422-AC10724 |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## STATE AUTO'S NOTICE OF REMOVAL

COMES NOW Defendant State Auto Property and Casualty Insurance Company,  by and through undersigned counsel, and for its Notice of Removal, pursuant to 28 U.S.C. §§1332, 1441, and 1446, states as follows:

1.      On August 17, 2024, Plaintiff WC Armstrong Properties, LLC ("WC Armstrong") filed suit against Defendant State Auto Property and Casualty Insurance Company ("State Auto") in Associate Circuit Court in the City of St. Louis, Case Number 2422-AC10724, asserting claims for vexatious refusal, conversion of premiums and fraudulent misrepresentation.  *See* Exhibit 1, Petition for Damages.

2.      State Auto has a right of removal and this Court has jurisdiction pursuant to 28 U.S.C. §§1332 and 1441 because there is complete diversity as to all parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3.      WC Armstrong is a limited liability company, organized and existing under the laws of the State of Missouri, with its principal place of business in St. Louis, Missouri.

4.      State Auto is a corporation organized and existing under the laws of the State of Iowa, with its principal place of business in Columbus, Ohio.

5.      Therefore, State Auto is not a citizen of the State of Missouri.

6.      WC Armstrong is seeking to recover under a policy issued by State Auto for property damages allegedly sustained from theft and vandalism on October 3, 2021, and is also seeking additional damages for vexatious refusal to pay, as well as a refund of policy premiums. Exhibit 1.

7.      WC Armstrong failed to set forth in its Petition the exact amount of damages being claimed in the litigation.  Exhibit 1.  As no specific sum was demanded, State Auto is permitted pursuant to 28 U.S.C. §1446(c)(2) to assert in this Notice of Removal that the amount in controversy is in excess of $75,000.  That the amount in controversy is well in excess of $75,000 is beyond dispute because during the claim, a Sworn Statement in Proof of Loss was submitted demanding payment of $294,164.20 under the policy.  *See* Exhibit 2, Proof of Loss.  Based on the Sworn Statement in Proof of Loss, this Court should find by the preponderance of the evidence that the amount in controversy exceeds $75,000.

8.      Consequently, the amount in controversy requirement of $75,000 contained in 28 U.S.C. §1332(a) has been satisfied.

9.      As complete diversity of citizenship exists between WC Armstrong and State Auto, and the amount in controversy requirement of $75,000 is satisfied, removal to this District Court is proper pursuant to 28 U.S.C. §§1332 and 1441.

10.      Further, removal to this District Court is proper pursuant to 28 U.S.C. §1446(a), in that the State Court Action was filed in Associate Circuit Court in the City of St. Louis, Missouri, which is within this District and Division.

11.      The Missouri Department of Insurance was first served with the Summons and Petition on August 27, 2024.  *See* Exhibit 3, Summons.

2

12.     As service was obtained on State Auto on August 27, 2024, this Notice of Removal is timely as it is filed within thirty (30) days of that date pursuant to 28 U.S.C. §1446(b).

13.     Promptly after filing this Notice of Removal, State Auto will give written notice thereof to WC Armstrong's attorney, Mr. Daniel P. Finney, III, and the Circuit Clerk for the Circuit Court of the City of St. Louis.  *See* Exhibit 4, Notice to WC Armstrong; Exhibit 5, Notice to St. Louis City Circuit Clerk.

14.     Copies of all process, pleadings and orders served upon State Auto in the State Court Action are attached as Exhibits 1 and 3 to this Notice of Removal as required by 28 U.S.C. §1446(a).

15.     As complete diversity of citizenship exists between WC Armstrong and State Auto, the amount in controversy exceeds $75,000, and this Notice of Removal is timely filed, removal to this District Court is appropriate.

WHEREFORE, for the foregoing reasons, Defendant State Auto Property and Casualty Insurance Company gives notice that this civil action has been removed from the Associate Circuit Court of the City of St. Louis, Missouri to the United States District Court for the Eastern District of Missouri Eastern Division.

Respectfully submitted,

/s/ Robert W. Cockerham
Robert W. Cockerham #31984
THE COCKERHAM LAW FIRM LLC
10803 Olive Blvd.
St. Louis, MO 63141
314-621-3900
Fax:  314-621-3903
rcockerham@cockerhamlaw.com

Attorneys for Defendant State Auto Property
and Casualty Insurance Company

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 11, 2024, the foregoing was served via e-mail on the following:

Mr. Daniel P. Finney, III
1310 Papin Ave., Suite 510
St. Louis, Missouri 63103
dan@danfinneylaw.com
Attorneys for Plaintiff WC
Armstrong Properties, LLC


/s/ Robert W. Cockerham

4